NO. 07-04-0318-CV

IN THE COURT OF APPEALS

FOR THE SEVENTH DISTRICT OF TEXAS

AT AMARILLO

PANEL C

JULY 19, 2004

_____

IN THE MATTER OF THE MARRIAGE OF
LORRAINE SOMMERFELDT, M.D. AND MILUN PANOVICH
AND IN THE INTEREST OF MALINA PANOVICH AND TATIANA PANOVICH, CHILDREN
_____

FROM THE 251ST DISTRICT COURT OF RANDALL COUNTY;

NO. 52,401-C; HONORABLE PATRICK PIRTLE, JUDGE

_____

Before JOHNSON, C.J., and QUINN and REAVIS, JJ.

**MEMORANDUM OPINION**

Appellant Milun Panovich perfected this appeal from the trial court's judgment of

March 12, 2004. Pending before this Court is Panovich's motion to dismiss the appeal by

which he represents the parties have resolved all issues and he no longer desires to

appeal.  Without passing on the merits of the case we grant the motion and dismiss the appeal.[1]

Accordingly, the appeal is dismissed.

Don H. Reavis
Justice

---

[1]Panovich requests relief under Rule 42.1(a)(2) of the Texas Rules of Appellate Procedure; however, he does not specify what subsection of 42.1(a)(2) he wishes the Court to follow.  Thus, based on the substance of appellant's motion, we dismiss the appeal pursuant to Rule 42.1(a)(1).  Therefore, without a request from the parties our mandate will issue in due course.